# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States Telecom Association, Industry Traceback Group, Jonathan Spalter, Joshua Bercu, & Warren Currie<br><br>Petitioners,<br><br>v.<br><br>Michael D. Lansky, LLC, d/b/a Avid Telecom, and Michael Lansky,<br><br>Respondents. | Misc. No. _____<br><br>(Related to *Lansky et al. v. TransNexus, Inc.* pending in the United States District Court for the Northern District of Georgia, No. 1:22-cv-04829-SEG) |

## MOTION TO QUASH NON-PARTY SUBPOENAS FOR DEPOSITION TESTIMONY AND RECORDS IN A CIVIL ACTION

Non-Parties United States Telecom Association ("USTelecom"), its wholly owned subsidiary Industry Traceback Group ("ITG"), and individuals Jonathan Spalter, Joshua Bercu, and Warren Currie, each an officer, director and/or employee of USTelecom and ITG (collectively, the "Petitioners"), respectfully move the Court for entry of an Order, pursuant to Federal Rule of Civil Procedure 45(d)(3), quashing the subpoenas issued to them in a civil action pending in the United States District Court for the Northern District of Georgia, *Lansky et al. v. TransNexus, Inc.*, 1:22-cv-04829-SEG (the "Georgia Action").

Dated: October 12, 2023

Respectfully submitted,

By: */s/ Jacob Sommer* _____
**ZWILLGEN PLLC**
Jacob Sommer (DC Bar ID No. 494112)
1900 M Street NW, Suite 250
Washington, DC 20036
(202) 296-3585
jake@zwillgen.com

*Counsel for Petitioners*

2

## CERTIFICATE OF SERVICE

I certify that on this 12th day of October 2023, a true and correct copy of the foregoing was filed with the Court via the Court's electronica filing system and was served by me on the parties below via electronic mail to counsel's email and overnight parcel delivery.

                                          */s/ Jacob Sommer*
                                       Jacob Sommer (DC Bar ID No. 494112)

Neil Ende, Esq.
**TECHNOLOGY LAW GROUP, LLC**
5335 Wisconsin Avenue NW
Suite 440
Washington, D.C. 20015
nende@tlgdc.com

Todd E. Jones, Esq.
Taylor English Duma LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
tjones@taylorenglish.com